No. 112. ANTIQUE *v.* FIGUEROA. Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación por incumplimiento de los artículos 299 del Código de Enjui-

ciamiento Civil y 50 y 54 del Reglamento. Resuelto en noviembre 21, 1905. Con lugar la moción y desestimada la apelación. Abogado del promovente: *Sr. Freyre Barbosa.*